**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JACOB D. WOLF, | Case No. CV 17-0726-JPR |
| Petitioner, | |
| v. | **J U D G M E N T** |
| ROSEMARY NDOH, Warden, | |
| Respondent. | |

Pursuant to the Memorandum Decision and Order Granting Motion to Dismiss and Dismissing Action with Prejudice,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: November 15, 2017

JEAN ROSENBLUTH
U.S. MAGISTRATE JUDGE